Lewis P. Pitt, Appellant, v. The Board of Education of the City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Laughlin and Hotchkiss, JJ., dissenting.

The People of the State of New York, Respondent, v. Daniel H. Tolman, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Ernest D. Anderson, Appellant, v. Richard Weber and Another, Respondents.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Bernard Katz, Appellant, v. Edward R. Matthews, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Laughlin, J., dissenting.

May Barnow, Appellant, v. Isaac Freedman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Max Keve v. Columbia Kid Manufacturing Company.— Motion denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Adam Frank v. Rowland & Shafto and Another.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Thomas O. McLean v. Henrietta Gardner.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James Trotto v. Rheinfrank Housewrecking Company.—Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Puritan Pure Food Company v. Stollwerck Brothers.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ermengildo De Luca v. Bradley Contracting Company. — Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Harry Levy v. Union Smoked Fish Company.— Motion denied, with leave to renew as stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George W. Tubbs v. Frederick Hulse.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.